UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTEGRATED CONSTRUCTION ENTERPRISES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GN ERECTORS, INC., ET AL. <br><br> Defendants. | Civil No.: 1:16-cv-05561 (PAE) <br><br> FINAL JUDGMENT AGAINST GN ERECTORS, INC. |

THIS MATTER having been presented to the Court by mutual consent of Plaintiff, INTEGRATED CONSTRUCTION ENTERPRISES, INC., by and through its attorneys, Garrity, Graham, Murphy, Garofalo & Flinn, P.C. and Defendants GN ERECTORS, INC. and MICHAEL SERGEI, by and through its counsel Michael Januzzi, Esq.;

FINAL JUDGMENT as to Defendant, GN ERECTORS, INC., on this 13th day of October, 2021, signed and entered in the sum of $425,000.00, in favor of the plaintiff and against the Defendant.

_Paul A. Engelmayer_
Paul A. Engelmayer
United States District Judge